No. 23-11848-E

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

_____

IN RE: MSP RECOVERY CLAIMS, SERIES LLC, MSPA CLAIMS 1, LLC, AND MAO-MSO RECOVERY II LLC, SERIES PMPI

Petition for a Writ of Mandamus from the United States District Court
for the Southern District of Florida, Case No. 20-CV-24052-RNS
Honorable Robert N. Scola, Presiding

## CERTIFICATE OF INTERESTED
## PERSONS AND CORPORATE DISCLOSURE

Jonathan H Kaskel, Esquire
DENTONS US LLP
*Counsel for Respondents*
1 Alhambra Plaza, Penthouse
Coral Gables, Florida 33134
Tel. 305-537-0009
jonathan.kaskel@dentons.com

Steven M. Levy, Esquire
DENTONS US LLP
*Counsel for Respondents*
233 South Wacker Drive, Suite 5900
Chicago, Illinois 60606
Tel. 312-876-8000
steven.levy@dentons.com

Pursuant to 11th Cir. R. 26.1-3, Defendants-Respondents submit the following certificate of interested persons and corporate disclosure.

## CERTIFICATE OF INTERESTED PERSONS

Defendants-Respondents certify that the following is a list of persons and entities who may have an interest in the outcome of this case.

1. Armas Bertran Pieri (counsel for Plaintiffs-Petitioners)

2. Cortiñas, Angel A., Esq. (counsel for Defendants-Respondents);

3. Dentons US LLP (counsel for Defendants-Respondents);

4. Farmers Casualty Insurance Company f/k/a Metropolitan Casualty Insurance Company (Defendant-Respondent);

5. Farmers Group Property and Casualty Insurance Company f/k/a Metropolitan Group Property and Casualty Insurance Company (Defendant-Respondent);

6. Farmers Property and Casualty Insurance Company f/k/a Metropolitan Property and Casualty Insurance Company (Defendant-Respondent);

7. Farmers Insurance Exchange (80% owner of Defendant-Respondent Farmers Property and Casualty Insurance Company f/k/a Metropolitan Property and Casualty Insurance Company);

    8.    Fire Insurance Exchange (10% owner of Defendant-Respondent Farmers Property and Casualty Insurance Company f/k/a Metropolitan Property and Casualty Insurance Company);

    9.    Goodman, Jonathan (U.S. Magistrate Judge, S.D. Fla.);

    10.    Kaskel, Jonathan H, Esq. (counsel for Defendants-Respondents);

    11.    Levy, Steven, M. Esq. (counsel for Defendants-Respondents);

    12.    Mena, Michael O., Esq. (counsel for Plaintiffs-Petitioners)

    13.    MAO-MSO Recovery II, LLC, Series PMPI (Plaintiff- Petitioner);

    14.    MetLife, Inc. (NYSE ticker: MET) (sole owner of Defendant-Respondent Metropolitan General Insurance Company);

    15.    Metropolitan General Insurance Company (Defendant-Respondent);

    16.    MSP Recovery Claims, Series LLC (Plaintiff- Petitioners);

    17.    MSP Recovery Law Firm (counsel for Plaintiffs- Petitioners);

    18.    MSP Recovery Services, LLC (sole member of Plaintiff- Petitioner MSPA Claims 1, LLC);

    19.    MSP Recovery, LLC (member of Plaintiff- Petitioner MAO-MSO Recovery II, LLC, Series PMPI);

    20.    MSPA Claims 1, LLC (Plaintiff- Petitioner);

    21.    Pendley, Baudin & Coffin, LLP (counsel for Plaintiffs- Petitioners);

    22.    Perdomo, Arlenys (counsel for Plaintiffs-Petitioners)

23. RD Legal Finance, LLC (member of Plaintiff- Petitioner MAO-MSO Recovery II, LLC, Series PMPI);

24. Ruiz, John H., Esq. (counsel for Plaintiffs-Petitioners);

25. Scola, Robert N. (U.S. District Judge, S.D. Fla.);

26. Truck Insurance Exchange (10% owner of Defendant-Respondent Metropolitan Property and Casualty Insurance Company);

27. Turner, Tracy L., Esq. (counsel for Plaintiffs- Petitioner);

28. VRM MSP Recovery Partners, LLC (sole member of Plaintiff- Petitioner MSP Recovery Claims, Series LLC);

29. Zincone, Francesco A. III, Esq. (counsel for Plaintiffs-Petitioners).

## CORPORATE DISCLOSURE

Respondent Metropolitan Property and Casualty Insurance Company (n/k/a Farmers Property and Casualty Insurance Company) ("MPC"), a non-governmental Rhode Island corporation with its principal place of business in Warwick, Rhode Island, is a wholly-owned subsidiary of Farmers Insurance Exchange (80%), Fire Insurance Exchange (10%) and Truck Insurance Exchange (10%) (collectively, the "Exchanges"). The Exchanges are reciprocal insurers with their principal places of business in California. The Exchanges are owned by their respective policyholders. There is no parent corporation or publicly held corporation to report for these entities. Farmers Group, Inc., dba Farmers

Underwriters Association, directly or indirectly through its subsidiaries, provides certain non-claims related services to the Exchanges but has no ownership interest in them. Farmers Group, Inc. is a wholly owned subsidiary of Zurich Insurance Group, Ltd, which is publicly traded on the Swiss Stock Exchange.

Respondent Metropolitan Group Property and Casualty Insurance Company (n/k/a Farmer's Group Property and Casualty Insurance Company), a non-governmental Rhode Island corporation with its principal place of business in Warwick, Rhode Island, is a wholly-owned subsidiary of MPC.

Respondent Metropolitan Casualty Insurance Company (n/k/a Farmers Casualty Insurance Company), a non-governmental Rhode Island corporation with its principal place of business in Warwick, Rhode Island, is a wholly-owned subsidiary of MPC.

Respondent Metropolitan General Insurance Company, a non-governmental Rhode Island corporation with its principal place of business in Warwick, Rhode Island, is a wholly-owned subsidiary of MetLife, Inc. The stock of MetLife, Inc. is publicly traded on the New York Stock Exchange, ticker symbol: MET. No publicly-held entity owns ten percent or more of the stock of MetLife, Inc.

Respondents certify that, apart from the ownership of Metropolitan General Insurance Company by MetLife, Inc., as described above, no publicly held corporation owns 10% or more of any Respondent.

Respectfully submitted,

*/s/ Jonathan H Kaskel*
Jonathan H Kaskel
Jonathan.kaskel@dentons.com
DENTONS US LLP
1 Alhambra Plaza, Penthouse
Coral Gables, Florida 33134
Tel. 305-670-4843

Steven M. Levy
steven.levy@dentons.com
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, Illinois 60606
Tel. (312) 876-8000

*Attorneys for Defendants-Respondents*

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to attorneys for Plaintiffs/Petitioners.

*/s/ Jonathan H Kaskel*